JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PACIFICA FIRST NATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOAN SERVICING, INC., RECONTRUST COMPANY, N.A., and DOES 1-10,<br><br>Defendants. | Case No. 2:11-cv-09663-DSF-FFMx<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

On March 27, 2012, the Court granted defendants' motion to dismiss plaintiff's complaint with leave to file an amended complaint no later than April 16, 2012. Plaintiff failed to file an amended complaint. Therefore,

It is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of all defendants and against plaintiff, dismissing plaintiff's complaint and this action with prejudice.

Dated: May 24, 2012

_Dale S. Fischer_

Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE